JULIA EVANS, as Administratrix of the Estate of ALBERT M. EVANS, Deceased, Respondent, *v.* S. PEARSON AND SON, INCORPORATED, Appellant.

*Evans* v. *Pearson & Son, Incorporated,* 125 App. Div. 666, affirmed.
(Argued January 19, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Hugh A. Bayne* for appellant.

*M. L. Malevinsky* and *Frank F. Davis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.